■ In the Matter of the Claim of ANA E. TORRES, Appellant. COMMISSIONER OF LABOR, Respondent. [5 NYS3d 925]—Appeal from a decision of the Unemployment Insurance Appeal Board, filed December 27, 2013, which ruled that claimant was disqualified from receiving unemployment insurance benefits because she voluntarily left her employment without good cause.

Decision affirmed. No opinion.

Peters, P.J., Lahtinen, Garry and Lynch, JJ., concur. Ordered that the decision is affirmed, without costs.